UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*       11th Circuit Docket Number: __24-12650-CC__

| Caption: | |
|---|---|
| Alex Diaz de la Portilla, Defendant/Appellant, vs. Hubert Acevedo, Plaintiff/Appellee. | District and Division: __S.D. Fla. Miami Division__ <br> Name of Judge: __Hon. Kathleen Williams__ <br> Nature of Suit: __Civil Rights__ <br> Date Complaint Filed: __1/19/22__ <br> District Court Docket Number: __22-cv-20224-KMW__ <br> Date Notice of Appeal Filed: __8/14/24__ <br> ☐ Cross Appeal   ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes  ☑ No <br> If Yes, provide <br> (a) Caption: _____ <br> (b) Citation: _____ <br> (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☐ Plaintiff <br> ☑ Defendant <br> ☐ Other (Specify) | Thomas A. Tucker Ronzetti | 5760 SW 46 Terr. Miami, FL 33155 | 305-546-4638 tr@tuckrlaw.com |
| For Appellee: <br> ☑ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | Marcos Jimenez | Leon Cosgrove Jimenez, LLP 255 Alhambra Circle Ste 8th Floor Miami, FL 33134 | 305-740-1975 mjimenez@leoncosgrove.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question <br> ☐ Diversity <br> ☐ US Plaintiff <br> ☐ US Defendant | ☐ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☑ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☑ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☐ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☐ Other _____ | Amount Sought by Plaintiff: $ __unknown__ <br> Amount Sought by Defendant: $_____ <br> Awarded: $_____ to _____ <br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary   ☐ Granted <br> ☐ Permanent   ☐ Denied |

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
       What is the issue you claim is one of First Impression? _____

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

       If Yes, provide
       (a)  Case Name/Statute _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)  Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
       (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

       If Yes, provide
       (a)  Case Name _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____
       (d)  Court or Agency _____

(4)   Will this appeal involve a conflict of law
       (a)  Within the Eleventh Circuit?   ☐ Yes   ☑ No
       (b)  Among circuits?   ☐ Yes   ☑ No

       If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

       ## Whether Appellant/Defendant Alex Diaz de la Portilla is entitled to qualified immunity from the Plaintiff's claim of First Amendment retaliation.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __5th__ DAY OF __September__, __2024__ .


Thomas A. Tucker Ronzetti                                    Thomas A. Tucker Ronzetti
_____                    _____
        NAME OF COUNSEL (Print)                                       SIGNATURE OF COUNSEL